**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.  13-60016-CIV-ROSENBAUM**

JENNY LONGMORE,

        Plaintiff,

v.

FINANCIAL CORPORATION OF AMERICA,

        Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Joint Stipulation for Voluntary Dismissal With Prejudice.  [D.E. 14].  In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Joint Stipulation for Voluntary Dismissal With Prejudice [D.E. 14] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**.  Each party is to bear its own attorney's fees and costs except as provided for in the parties' settlement agreement.  The Court retains jurisdiction to enforce the terms of the settlement agreement.  To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.  The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 12th day of April 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record

Jenny Longmore, *pro se*
607 NW 155th Terrace
Pembroke Pines, Florida 33028